IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELAINE D. MAHERAS, </br></br> Plaintiff, </br></br> v. </br></br> PENN MUTUAL LIFE INSURANCE COMPANY and JEAN VLACHOS </br></br> Defendants. | Case No. 11 cv 05552 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Penn Mutual Life Insurance Company ("Penn Mutual"), by and through its attorneys, Drinker Biddle & Reath LLP, hereby submits its Notice of Removal and states as follows:

1. On July 5, 2011, Plaintiff Elaine D. Maheras ("Maheras") commenced an action captioned Elaine D. Maheras v. Penn Mutual Life Insurance Company and Jean Vlachos (Case No. 2011 CH 003169) by filing a Complaint in the Circuit Court of DuPage County (the "State Court Action"). Maheras served Penn Mutual with a copy of the Summons and Complaint in the State Court Action on July 15, 2011. The State Court Action is pending within the Eastern Division of the Northern District of Illinois.

2. This Notice of Removal is filed within the time permitted by 28 U.S.C. § 1446(b). Moreover, pursuant to 28 U.S.C. § 1446(a), "a copy of all process, pleadings, and orders served" upon Penn Mutual in the State Court Action is attached as Exhibit A.

3. Removal of the State Court Action to this Court is proper under 28 U.S.C. §§ 1441 and 1446. The Court has original subject-matter jurisdiction over the State Court Action

- 2 -

pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4. Complete diversity of citizenship exists between Plaintiff Maheras and Defendants Penn Mutual and Defendant Jean Vlachos ("Vlachos") under 28 U.S.C. § 1332. Upon information and belief, Plaintiff Maheras is a citizen of Illinois. Defendant Penn Mutual is a citizen of Pennsylvania as it is incorporated under the laws of Pennsylvania, with its principal place of business in Horsham, Pennsylvania. Upon information and belief, Defendant Vlachos is a citizen of Missouri.

5. The amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). Maheras' Complaint in the State Court Action seeks the imposition of a constructive trust on the proceeds of the life insurance policy issued by Penn Mutual, Policy No. 8157849 (the "Policy"). (See Exhibit A, Complaint at pp. 2 (¶ 7), 4.) The Policy has a death benefit of $100,000.00. (A copy of the Policy is attached hereto as Exhibit B.)

6. Pursuant to 28 U. S. C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly provided to Plaintiff Maheras and mailed to the last known address for Defendant Vlachos. In addition, a copy of this Notice of Removal will be promptly filed with the Clerk for the Circuit Court of DuPage County.

* * *

- 3 -

WHEREFORE, Defendant Penn Mutual Insurance Company hereby removes the State Court Action to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated: August 15, 2011	Respectfully Submitted,

PENN MUTUAL LIFE INSURANCE COMPANY

/s/ Terri L. Ahrens
Terri L. Ahrens
Drinker Biddle & Reath LLP
191 N. Wacker Dr., Suite 3700
Chicago, IL 60606
(312) 569-1000
(312) 569-3000 (fax)
terri.ahrens@dbr.com

CH01/ 25790868.1

## **CERTIFICATE OF SERVICE**

    I, Terri L. Ahrens, an attorney, hereby certify that on August 15, 2011, I caused a true and correct copy of the foregoing Notice of Removal to be served via electronic mail and U.S. Mail, postage prepaid, before 5:00 p.m. upon the individual listed below:

>Sean M. Lazzari, Esq.
>Law Offices of Sean M. Lazzari, P.C.
>800 Enterprise Drive, Suite 204
>Oak Brook, IL  60523
>seanlazzari@gmail.com
>*Attorney for Plaintiff Elaine D. Maheras*

        /s/ Terri L. Ahrens
        Terri L. Ahrens