# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 5552 Consolidated for All Purposes with 11 C 5556 | **DATE** | 10/24/2012 |
| **CASE TITLE** | Elaine Maheras vs. Jean Vlachos and Penn Mutual Life Insurance Company | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: Plaintiff's Motion for Summary Judgment is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
Mailed AO 450 form.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|