# United States District Court

## Northern District of Illinois

### Eastern Division

| | |
|---|---|
| Elaine Maheras | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 11 C 5552 |
| Jean Vlachos and Penn Mutual | cons. for all purposes w/11 C 5556 |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's motion for summary judgment is granted.

Thomas G. Bruton, Clerk of Court

Date: 10/24/2012

/s/ Wanda A. Parker, Deputy Clerk